UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:   6:08-cv-2120-Orl-22GJK

BABY ROBERTA SOLIS BAMERT, JERRY CRAFT, JESSICA CRAFT, JOSEPH DENOIA, RICHARD FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS, THE VISTA TRUST, THE ISLE TRUST, WINIFRED FIELDS, DENNIS FONG, YVONNE FONG, KEN HONG, MEGAN SO MING HUI, MUK SUM HUI, RICHARD JASIN, AIMEE OCHOTORENA, FRANK PADILLA, MARY PADILLA, MARILOU PULMANO, DARMANDRA RAMDOWE, TEJMATTEE RAMDOWE, KRISHNADAT RAMDOWE, GANMATTEE RAMDOWE, BARBARA REID, STEPHEN REID, DONALD SCRIMGEOUR, FRANK SCURTI, THOMAS SCURTI, PERUVEMBRA SUNDARESAN, GLORIA SUNDARESAN, CHERYL TAMADA, FRANK TAMADA, DANIEL TRAN and TOM TRAN.

     Plaintiffs,
v.

PULTE HOME CORPORATION, a Michigan Corporation, THE WEAR GROUP, INC, JAMES E. WEAR, OSCEOLA MANAGEMENT & CONSULTING, INC., JAMES J. MURPHY,

     Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____IS          related to pending or closed civil or criminal(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Bamert, et. al. v. Pulte Home Corporation, et. al.*
*Case No. 6:08-cv-2120-Orl-22GJK*

_____
_____
_____

     XX     IS NOT        related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, administrative agency.

     I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

> Respectfully submitted,
> SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
> Attorneys for Plaintiffs
> 2300 Glades Road, Suite 340 West
> Boca Raton, FL 33431-8534
> Telephone:   (561) 416-0170
> Facsimile:    (561) 416-0171
>
> By: /s/ Joel B. Rothman
>        Joel B. Rothman
>        Florida Bar No. 0098220
>
> -and-
>
> Ronald S. Nisonson
> Florida Bar No. 79405
> nisonsonlaw@bellsouth.net
> RONALD S. NISONSON, P.A.
> Attorneys for Plaintiffs
> 120 East Palmetto Park Road, Ste. 100
> Boca Raton, FL 33432
> Telephone:   (561) 544-8980
> Facsimile:    (561) 544-8988

*Bamert, et. al. v. Pulte Home Corporation, et. al.*
*Case No. 6:08-cv-2120-Orl-22GJK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __12th__ day of January, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,
    SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
    Attorneys for Plaintiffs
    2300 Glades Road, Suite 340 West
    Boca Raton, FL 33431-8534
    Telephone:   (561) 416-0170
    Facsimile:   (561) 416-0171

    By: __/s/ Joel B. Rothman__
        Joel B. Rothman
        Florida Bar No. 0098220

*Bamert, et. al. v. Pulte Home Corporation, et. al.*
*Case No. 6:08-cv-2120-Orl-22GJK*

## SERVICE LIST
**BABY ROBERTA SOLIS BAMERT, JERRY CRAFT, JESSICA CRAFT, JOSEPH DENOIA, RICHARD FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS, THE VISTA TRUST, THE ISLE TRUST, WINIFRED FIELDS, DENNIS FONG, YVONNE FONG, KEN HONG, MEGAN SO MING HUI, MUK SUM HUI, RICHARD JASIN, AIMEE OCHOTORENA, FRANK PADILLA, MARY PADILLA, MARILOU PULMANO, DARMANDRA RAMDOWE, TEJMATTEE RAMDOWE, KRISHNADAT RAMDOWE, GANMATTEE RAMDOWE, BARBARA REID, STEPHEN REID, DONALD SCRIMGEOUR, FRANK SCURTI, THOMAS SCURTI, PERUVEMBRA SUNDARESAN, GLORIA SUNDARESAN, CHERYL TAMADA, FRANK TAMADA, DANIEL TRAN and TOM TRAN, Plaintiffs v. PULTE HOME CORPORATION, a Michigan Corporation, THE WEAR GROUP, INC, JAMES E. WEAR, OSCEOLA MANAGEMENT & CONSULTING, INC., JAMES J. MURPHY, Defendants.
CASE NO.: 6:08-cv-2120-Orl-22GJK
United States District Court, Middle District of Florida**

Megan M. Menagh, Esquire
Florida Bar No. 31540
Foley & Lardner LLP
111 N. Orange, Suite 1800
P.O. Box 2193
Orlando, FL 32801
Phone: 407.423.7656 ext. 3254
Fax: 407.648.1743
mmenagh@foley.com
(Counsel for Defendant, Pulte Home Corporation)

W:\1141.001\Pleadings\Notice of Pendency (sb).wpd

4