UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:   6:08-cv-2120-Orl-22GJK

BABY ROBERTA SOLIS BAMERT, JERRY CRAFT, JESSICA CRAFT, JOSEPH DENOIA, RICHARD FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS, THE VISTA TRUST, THE ISLE TRUST, WINIFRED FIELDS, DENNIS FONG, YVONNE FONG, KEN HONG, MEGAN SO MING HUI, MUK SUM HUI, RICHARD JASIN, AIMEE OCHOTORENA, FRANK PADILLA, MARY PADILLA, MARILOU PULMANO, DARMANDRA RAMDOWE, TEJMATTEE RAMDOWE, KRISHNADAT RAMDOWE, GANMATTEE RAMDOWE, BARBARA REID, STEPHEN REID, DONALD SCRIMGEOUR, FRANK SCURTI, THOMAS SCURTI, PERUVEMBRA SUNDARESAN, GLORIA SUNDARESAN, CHERYL TAMADA, FRANK TAMADA, DANIEL TRAN and TOM TRAN,

    Plaintiffs,
v.

PULTE HOME CORPORATION, a Michigan Corporation, THE WEAR GROUP, INC, JAMES E. WEAR, OSCEOLA MANAGEMENT & CONSULTING, INC., JAMES J. MURPHY,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Comes now, Plaintiffs, BABY ROBERTA SOLIS BAMERT, JERRY CRAFT, JESSICA CRAFT, JOSEPH DENOIA, RICHARD FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS, THE VISTA TRUST, THE ISLE TRUST, WINIFRED FIELDS, DENNIS FONG, YVONNE FONG, KEN HONG, MEGAN SO MING HUI, MUK SUM HUI, RICHARD JASIN, AIMEE OCHOTORENA, FRANK PADILLA, MARY PADILLA, MARILOU PULMANO, DARMANDRA

RAMDOWE, TEJMATTEE RAMDOWE, KRISHNADAT RAMDOWE, GANMATTEE RAMDOWE, BARBARA REID, STEPHEN REID, DONALD SCRIMGEOUR, FRANK SCURTI, THOMAS SCURTI, PERUVEMBRA SUNDARESAN, GLORIA SUNDARESAN, CHERYL TAMADA, FRANK TAMADA, DANIEL TRAN and TOM TRAN, (hereinafter referred to as "Plaintiffs"), by and through undersigned counsel, and disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- Baby Roberta Solis Bamert
- Jerry Craft
- Jessica Craft
- Joseph Denoia
- Richard Fakadej
- Kimberly Fakadej
- Janos Farkas
- The Vista Trust, the Isle Trust
- Winifred Fields
- Dennis Fong
- Yvonne Fong
- Ken Hong

2

- Megan So Ming Hui
- Muk Sum Hui
- Richard Jasin
- Aimee Ochotorena
- Frank Padilla
- Mary Padilla
- Marilou Pulmano
- Darmandra Ramdowe
- Tejmattee Ramdowe
- Krishnadat Ramdowe
- Ganmattee Ramdowe
- Barbara Reid
- Stephen Reid
- Donald Scrimgeour
- Frank Scurti
- Thomas Scurti
- Peruvembra Sundaresan
- Gloria Sundaresan
- Cheryl Tamada
- Frank Tamada
- Daniel Tran
- Tom Tran
- Pulte Home Corporation

- The Wear Group, Inc.
- James E. Wear
- Osceola Management & Consulting, Inc.
- James J. Murphy

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

- Pulte Home Corporation

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None

4. The name of each victim (individual and corporation), including every person who may be entitled to restitution:

- Baby Roberta Solis Bamert
- Jerry Craft
- Jessica Craft
- Joseph Denoia
- Richard Fakadej
- Kimberly Fakadej
- Janos Farkas
- The Vista Trust, the Isle Trust
- Winifred Fields
- Dennis Fong

- Yvonne Fong
- Ken Hong
- Megan So Ming Hui
- Muk Sum Hui
- Richard Jasin
- Aimee Ochotorena
- Frank Padilla
- Mary Padilla
- Marilou Pulmano
- Darmandra Ramdowe
- Tejmattee Ramdowe
- Krishnadat Ramdowe
- Ganmattee Ramdowe
- Barbara Reid
- Stephen Reid
- Donald Scrimgeour
- Frank Scurti
- Thomas Scurti
- Peruvembra Sundaresan
- Gloria Sundaresan
- Cheryl Tamada
- Frank Tamada
- Daniel Tran

- Tom Tran

5. Check one of the following:

___X___ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

> Respectfully submitted,
> SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
> Attorneys for Plaintiffs
> 2300 Glades Road, Suite 340 West
> Boca Raton, FL 33431-8534
> Telephone: (561) 416-0170
> Facsimile: (561) 416-0171
>
> By: /s/ Joel B. Rothman
>     Joel B. Rothman
>     Florida Bar No. 0098220

-and-

> Ronald S. Nisonson
> Florida Bar No. 79405
> nisonsonlaw@bellsouth.net
> RONALD S. NISONSON, P.A.
> Attorneys for Plaintiffs
> 120 East Palmetto Park Road, Ste. 100
> Boca Raton, FL 33432
> Telephone: (561) 544-8980
> Facsimile: (561) 544-8988

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this ___12th___ day of January, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who

are not authorized to receive electronically Notices of Electronic Filing.

                                  Respectfully submitted,
                                  SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
                                  Attorneys for Plaintiffs
                                  2300 Glades Road, Suite 340 West
                                  Boca Raton, FL 33431-8534
                                  Telephone:    (561) 416-0170
                                  Facsimile:     (561) 416-0171

                                By: /s/ Joel B. Rothman
                                        Joel B. Rothman
                                        Florida Bar No. 0098220

*Bamert, et. al. v. Pulte Home Corporation, et. al.*
*Case No. 6:08-cv-2120-Orl-22GJK*

**SERVICE LIST**
**BABY ROBERTA SOLIS BAMERT, JERRY CRAFT, JESSICA CRAFT, JOSEPH DENOIA, RICHARD FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS, THE VISTA TRUST, THE ISLE TRUST, WINIFRED FIELDS, DENNIS FONG, YVONNE FONG, KEN HONG, MEGAN SO MING HUI, MUK SUM HUI, RICHARD JASIN, AIMEE OCHOTORENA, FRANK PADILLA, MARY PADILLA, MARILOU PULMANO, DARMANDRA RAMDOWE, TEJMATTEE RAMDOWE, KRISHNADAT RAMDOWE, GANMATTEE RAMDOWE, BARBARA REID, STEPHEN REID, DONALD SCRIMGEOUR, FRANK SCURTI, THOMAS SCURTI, PERUVEMBRA SUNDARESAN, GLORIA SUNDARESAN, CHERYL TAMADA, FRANK TAMADA, DANIEL TRAN and TOM TRAN, Plaintiffs v.  PULTE HOME CORPORATION, a Michigan Corporation,  THE WEAR GROUP, INC, JAMES E. WEAR, OSCEOLA MANAGEMENT & CONSULTING, INC., JAMES J. MURPHY, Defendants.**
**CASE NO.: 6:08-cv-2120-Orl-22GJK**
**United States District Court, Middle District of Florida**

Megan M. Menagh, Esquire
Florida Bar No. 31540
Foley & Lardner LLP
111 N. Orange, Suite 1800
P.O. Box 2193
Orlando, FL 32801
Phone: 407.423.7656 ext. 3254
Fax: 407.648.1743
mmenagh@foley.com
(Counsel for Defendant, Pulte Home Corporation)

W:\1141.001\Pleadings\Cert. Int. Persons (sb).wpd