**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BABY ROBERTA SOLIS BAMERT, et. al.,

      Plaintiffs,

-vs-                                                  Case No. 6:08-cv-2120-Orl-22GJK

PULTE HOME CORPORATION, THE WEAR
GROUP, INC., JAMES E. WEAR, OSCEOLA
MANAGEMENT & CONSULTING, INC.,
JAMES MURPHY,

      Defendants.
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion:

| |
|---|
| **MOTION: AGREED MOTION TO WITHDRAW AS COUNSEL** (Doc. No. 96) |
| **FILED:** February 17, 2012 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part without prejudice**. |

On February 12, 2012, counsel for The Wear Group, Inc. ("TWGI") and James E. Wear ("Wear") (collectively, the "Defendants") filed an Agreed Motion to Withdraw as Counsel (the "Motion"). Doc. No. 96. In the Motion, counsel states that Defendants "have not complied with the terms of their employment agreement with . . . counsel and irreconcilable differences have therefor resulted." Doc. No. 96 at 1. The Motion complies with Local Rules 2.03(b) and 3.01(g). Doc. No. 96 at 2. Counsel also provides a current residential mailing address for Wear

and TWGI.  Doc. No. 96 at 2.  On February 28, 2012, all parties stipulated that Wear should be dismissed as a defendant due to Wear's bankruptcy.  Doc. No. 100 at 1.  On March 1, 2012, the Court entered an order dismissing Wear from this action.  Doc. No. 102.  Accordingly, the Motion is **GRANTED** to the extent counsel will be permitted to withdraw from representing Wear.

Local Rule 2.03(e), United States District Court, Middle District of Florida, prohibits a corporation from proceeding in this Court without counsel.[1]  Accordingly, the Motion is **DENIED without prejudice as to TWGI**. **Within fourteen (14) days from the date of this order, TWGI is hereby directed to:**

   1) **Retain substitute counsel; and**

   2) **Have substitute counsel file a notice of appearance.**

Counsel may renew the Motion within twenty-one (21) days or after substitute counsel makes an appearance in the case, whichever comes first.  If TWGI fails to retain substitute counsel within fourteen (14) days, the Court may, without further warning, strike the pleadings as to the TWGI and direct the Clerk to enter default against it.

**Counsel is directed to immediately provide Defendants with a copy of this order <u>and file a notice of compliance with the Court</u>**.

---

[1] Local Rule 2.03 provides: "A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02." Local Rule 2.03(e).

**DONE** and **ORDERED** in Orlando, Florida on Mach 22, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record