UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:08-cv-2120-Orl-22GJK

BABY ROBERTA SOLIS BAMERT, JERRY CRAFT,
JESSICA CRAFT, JOSEPH DENOIA, RICHARD
FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS,
THE VISTA TRUST, THE ISLE TRUST, WINIFRED
FIELDS, DENNIS FONG, YVONNE FONG, KEN
HONG, MEGAN SO MING HUI, MUK SUM HUI,
RICHARD JASIN, AIMEE OCHOTORENA, FRANK
PADILLA, MARY PADILLA, MARILOU PULMANO,
DARMANDRA RAMDOWE, TEJMATTEE
RAMDOWE, KRISHNADAT RAMDOWE,
GANMATTEE RAMDOWE, BARBARA REID,
STEPHEN REID, DONALD SCRIMGEOUR, FRANK
SCURTI, THOMAS SCURTI, PERUVEMBA
SUNDARESAN, GLORIA SUNDARESAN, CHERYL
TAMADA, FRANK TAMADA, DANIEL TRAN, TOM
TRAN, MICHAEL GRAVES and KINGDOM
INVESTMENTS OF BRANDON, LLC.

      Plaintiffs,
v.

PULTE HOME CORPORATION, a Michigan
Corporation, THE WEAR GROUP, INC, JAMES E.
WEAR, OSCEOLA MANAGEMENT & CONSULTING,
INC., JAMES J. MURPHY,

      Defendants.
_____/

## CAROLYN B. ANDERSON'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

Carolyn B. Anderson, Esquire, ("Anderson") of the law firm of ARNSTEIN & LEHR LLP hereby moves to withdraw as attorney of record for Plaintiffs, Baby Roberta Solis Bamert, *et al.* (hereinafter "PLAINTIFFS") in these consolidated actions, and state as follows:

1.     Arnstein & Lehr LLP represents PLAINTIFFS in these consolidated actions.

2. On April 24, 2012, Anderson filed a Notice of Appearance on behalf of the PLAINTIFFS. Anderson will leave the firm of Arnstein & Lehr LLP effective June 30, 2012.

3. PLAINTIFFS are currently and will continue to be represented by Joel B. Rothman, Esq., Harley J. Storrings, Esq., Lorri Lomnitzer, Esq., and Andrea Cox., Esq. of the law offices of Arnstein & Lehr LLP.

4. As a result, Anderson moves for permission to withdraw as PLAINTIFF's counsel, and requests that all future pleadings, correspondence, etc. in this matter continue to be served upon and directed to the listed attorneys of record at Arnstein & Lehr LLP.

WHEREFORE, Carolyn B. Anderson seeks an Order granting her Motion to Withdraw as Counsel of Record for PLAINTIFFS in the above-styled cause, wherein she shall be relieved of all obligations to PLAINTIFF in these cases.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,
ARNSTEIN & LEHR LLP
Attorney for Plaintiffs
515 North Flagler Drive
Northbridge Centre – 6th Floor
West Palm Beach, FL 33401
Telephone No.: (561) 833-9800
Facsimile No.: (561) 655-5551

By: /s/ Carolyn B. Anderson
   Carolyn B. Anderson
   Florida Bar No. 0011770
   cbanderson@arnstein.com

CASE NO.: 6:08-cv-2120-Orl-22GJK

## SERVICE LIST
**BABY ROBERTA SOLIS BAMERT, JERRY CRAFT, JESSICA CRAFT, JOSEPH DENOIA, RICHARD FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS, THE VISTA TRUST, THE ISLE TRUST, WINIFRED FIELDS, DENNIS FONG, YVONNE FONG, KEN HONG, MEGAN SO MING HUI, MUK SUM HUI, RICHARD JASIN, AIMEE OCHOTORENA, FRANK PADILLA, MARY PADILLA, MARILOU PULMANO, DARMANDRA RAMDOWE, TEJMATTEE RAMDOWE, KRISHNADAT RAMDOWE, GANMATTEE RAMDOWE, BARBARA REID, STEPHEN REID, DONALD SCRIMGEOUR, FRANK SCURTI, THOMAS SCURTI, PERUVEMBA SUNDARESAN, GLORIA SUNDARESAN, CHERYL TAMADA, FRANK TAMADA, DANIEL TRAN and TOM TRAN, MICHAEL GRAVES AND KINGDOM INVESTMENTS OF BRANDON, INC., Plaintiffs v. PULTE HOME CORPORATION, a Michigan Corporation, THE WEAR GROUP, INC., JAMES E. WEAR, OSCEOLA MANAGEMENT & CONSULTING, INC., JAMES J. MURPHY, Defendants.
CASE NO. 6:08-cv-02120-ACC-GJK
United States District Court, Middle District of Florida**

Ronald S. Nisonson, Esq.
Florida Bar No. 79405
rnisonson@warddamon.com
Ward Damon
4420 Beacon Circle
West Palm Beach, Florida 33407
Telephone: 561-842-3000
Facsimile: 561-842-3626
(Counsel for Plaintiffs)

Lisa R. Patten, Esq.
Florida Bar No. 894222
lpatten@pattenlawfirm.com
Patten Law Firm, LLC
7575 Dr. Phillips Boulevard, Ste. 255
Orlando, FL 32819
Phone: (407) 226-9115
Fax: (407) 226-9116
(Counsel for Defendants, James Wear & The Wear Group, Inc.)

Nancy Sennett, Esq.
nsennett@foley.com
Foley & Lardner, LLP.
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5367
Telephone: (414) 297-5503
Facsimile: (414) 297-4900
(Counsel for Defendant, Pulte Home Corporation)

Amanda L. Chapman, Esq.
Florida Bar No. 176095
amanda.chapman@gmlaw.com
David Richard Lenox, Esq.
Florida Bar No. 455059
david.lenox@gmlaw.com
Greenspoon Marder, P.A.
201 East Pine Street, Suite 500
Orlando, Florida 32801
Telephone: 407-425-6559
Facsimile: 407- 563-9643
(Counsel for Defendants, Osceola Management & Consulting, Inc. and James Murphy)

Jon M. Wilson, Esq.
Florida Bar No. 0139892
jwilson@foley.com
Julie A. Angelini, Esq.
Florida Bar No. 0058138
jangelini@foley.com
Foley & Lardner LLP
111 N. Orange Avenue, Suite 1800
Post Office Box 2193
Orlando, FL 32802-2193
Telephone (407) 423-7656
Facsimile (407) 648-1743
(Counsel for Defendant, Pulte Home Corporation)

10211112.1