# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BABY ROBERTA SOLIS BAMERT, JERRY CRAFT, JESSICA CRAFT, JOSEPH DENOIA, RICHARD FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS, THE VISTA TRUST, THE ISLE TRUST, WINIFRED FIELDS, DENNIS FONG, YVONNE FONG, KEN HONG, MEGAN SO MING HUI, MUK SUM HUI, RICHARD JASIN, AIMEE OCHOTORENA, FRANK PADILLA, MARY PADILLA, MARILOU PULMANO, DARMANDRA RAMDOWE, TEJMATTEE RAMDOWE, KRISHNADAT RAMDOWE, GANMATTEE RAMDOWE, BARBARA REID, STEPHEN REID, DONALD SCRIMGEOUR, FRANK SCURTI, THOMAS SCURTI, PERUVEMBRA SUNDARESAN, GLORIA SUNDARESAN, CHERYL TAMADA, FRANK TAMADA, DANIEL TRAN, TOM TRAN, MICHAEL D. GRAVES and KINGDOM INVESTMENTS OF BRANDON, LLC,

        Plaintiffs,

v.                                                               Case No:  6:08-cv-2120-Orl-22GJK

PULTE HOME CORPORATION, THE WEAR GROUP, INC., JAMES E. WEAR, OSCEOLA MANAGEMENT & CONSULTING, INC. and JAMES J. MURPHY,

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST THE WEAR GROUP, INC. (Doc. No. 133)
>
> **FILED:** September 13, 2012
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**. For the reasons set forth in the undersigned's August 30, 2012, report and recommendation, there is a substantial question concerning whether the Plaintiffs' claims should be joined in one action. Doc. No. 129. Accordingly, the motion is denied without prejudice. If appropriate, the motion may be renewed after the Court rules on the report and recommendation.

**DONE** and **ORDERED** in Orlando, Florida on September 17, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties