# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BABY ROBERTA SOLIS BAMERT, et al.,**

      **Plaintiffs,**

v.                                                     Case No:  6:08-cv-2120-Orl-22GJK

**PULTE HOME CORPORATION, THE WEAR GROUP, INC., JAMES E. WEAR, OSCEOLA MANAGEMENT & CONSULTING, INC. and JAMES J. MURPHY,**

      **Defendants.**

_____

## ORDER

On September 5, 2012 this Court entered an Order directing the Plaintiffs to advise the Court whether Mr. James should again be terminated as a party to this action (Doc. No. 131).  On September 13, 2012 Plaintiffs filed a Motion for Leave to File Third Amended Complaint (Doc. No. 134).  In paragraph three of the Motion Plaintiffs state that it was error to insert claims against Wear in the Second Amended Complaint due to his discharge in bankruptcy.

Based on the foregoing, it is ordered as follows:

1.      The Clerk is directed to terminate James E. Wear as a party to this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 19, 2012.

                                                           ANNE C. CONWAY
                                                           United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties