UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:08-cv-02120-ACC-GJK

BABY ROBERTA SOLIS BAMERT,
et. al.,

    Plaintiffs,

v.

PULTE HOME CORPORATION, a
Michigan Corporation and THE WEAR
GROUP, INC.,

    Defendants.
_____/

## NOTICE OF CHARGING LIEN

TO ALL PARTIES TO THIS CAUSE AND ALL OTHERS WHO IT MAY CONCERN, PLEASE TAKE NOTICE THAT:

Arnstein & Lehr LLP ("Counsel"), counsel for Plaintiffs, Baby Roberta Solis Bamert, Jerry Craft, Jessica Craft, Joseph Denoia, Richard Fakadej, Kimberly Fakadej, Janos Farkas, The Vista Trust, The Isle Trust, Winifred Fields, Dennis Fong, Yvonne Fong, Ken Hong, Megan So Ming Hui, Muk Sum Hui, Richard Jasin, Aimee Ochotorena, Frank Padilla, Mary Padilla, Marilou Pulmano, Darmandra Ramdowe, Tejmattee Ramdowe, Krishnadat Ramdowe, Ganmattee Ramdowe, Barbara Reid, Stephen Reid, Donald Scrimgeour, Frank Scurti, Thomas Scurti, Peruvemba Sundaresan, Gloria Sundaresan, Cheryl Tamada, Frank Tamada, Daniel Tran And Tom Tran, Michael Graves And Kingdom Investments of Brandon, Inc. (collectively "Plaintiffs"), gives notice of its claim of charging lien against the proceeds of any judgment, settlement, or distributions in the above-referenced matter.  This lien is for costs and legal services rendered on behalf of Plaintiffs in connection with this action, which services were rendered pursuant to an agreement with Plaintiffs, and for which Counsel has not been

compensated. Counsel is entitled to assert the lien to recover interest at the highest allowable rate under Florida law and fees and costs incurred in perfecting and enforcing said lien. All parties are called upon to take notice of the existence of the charging lien, and that any monies collected, whether by settlement, judgment, payment of Plaintiffs' claims, or other process, shall be subject to the lien of Counsel.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th of January, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                Respectfully submitted,
                                                ARNSTEIN & LEHR LLP
                                                Attorney for Plaintiffs
                                                515 North Flagler Drive
                                                Northbridge Centre – 6th Floor
                                                West Palm Beach, FL 33401
                                                561/833-9800 (ofc.)
                                                561/655-5551 (fax)

                                           By: /s/ Stuart S. Sakwa
                                                  Stuart S. Sakwa
                                                  Florida Bar No. 160880
                                                  shsakwa@arnstein.com

**SERVICE LIST**
**BABY ROBERTA SOLIS BAMERT, JERRY CRAFT, JESSICA CRAFT, JOSEPH DENOIA, RICHARD FAKADEJ, KIMBERLY FAKADEJ, JANOS FARKAS, THE VISTA TRUST, THE ISLE TRUST, WINIFRED FIELDS, DENNIS FONG, YVONNE FONG, KEN HONG, MEGAN SO MING HUI, MUK SUM HUI, RICHARD JASIN, AIMEE OCHOTORENA, FRANK PADILLA, MARY PADILLA, MARILOU PULMANO, DARMANDRA RAMDOWE, TEJMATTEE RAMDOWE, KRISHNADAT RAMDOWE, GANMATTEE RAMDOWE, BARBARA REID, STEPHEN REID, DONALD SCRIMGEOUR, FRANK SCURTI, THOMAS SCURTI, PERUVEMBA SUNDARESAN, GLORIA SUNDARESAN, CHERYL TAMADA, FRANK TAMADA, DANIEL TRAN and TOM TRAN, MICHAEL GRAVES AND KINGDOM INVESTMENTS OF BRANDON, INC., Plaintiffs v. PULTE HOME CORPORATION, a Michigan Corporation, THE WEAR GROUP, INC., OSCEOLA MANAGEMENT & CONSULTING, INC., JAMES J. MURPHY, Defendants.**
**CASE NO.  6:08-cv-02120-ACC-GJK**
**United States District Court, Middle District of Florida**

**VIA CM/ECF SERVICE ONLY**

Ronald S. Nisonson, Esq.
Florida Bar No. 79405
rnisonson@warddamon.com
Ward Damon
4420 Beacon Circle
West Palm Beach, Florida 33407
Telephone:  561-842-3000
(Counsel for Plaintiffs)

Nancy Sennett, Esq.
nsennett@foley.com
Foley & Lardner, LLP.
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5367
Telephone: (414) 297-5503
Facsimile: (414) 297-4900
 (Counsel for Defendant, Pulte Home Corporation)

Joel B. Rothman, Esq.
Florida Bar No. 98220
joel.rothman@sriplaw.com
Schneider Rothman IP Law Group
P.O. Box 812182
Boca Raton, Florida 33481-2182
Telephone: (561) 404-4350
Facsimile: (561) 404-4353
(Counsel for Plaintiffs)

Jon M. Wilson, Esq.
Julie A. Angelini, Esq.
Florida Bar No. 0058138
jangelini@foley.com
Foley & Lardner LLP
111 N. Orange Avenue, Suite 1800
Post Office Box 2193
Orlando, FL 32802-2193
Telephone (407) 423-7656
Facsimile (407) 648-1743
(Counsel for Defendant, Pulte Home Corporation)

Michael P. Matthews, Esq.
Florida Bar No. 0063988
mmatthews@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33601
Telephone (813) 229-2300
Facsimile (813) 221-4210
(Counsel for Defendant, Pulte Home Corporation)

**VIA U.S. MAIL ONLY**

The Wear Group, Inc.
c/o James Wear
18 Balsams Court
Hilton Head Island, SC 29926

Baby Roberta Bamert
29645 Evans Lane
Highland, CA 92346

Jerry Craft
Jessica Craft
721 Ibis Avenue
Deltona, Florida 32738

Joseph DeNoia
118 Eagle Ridge Way
Nanuet, NY 10954

Richard Fakadej
Kimberly Fakadej
7654 Volcay Drive
San Diego, CA 92119

Janos Farkas
The Vista Trust
The Isles Trust
6315 Farmdale Lane
Austin, Texas 78749

Winifred Fields
3755 Vista Campana N., Unit 48
Oceanside, CA 92057

Denis Fong
Yvonne Fong
6374 Faustino Way
Sacramento, CA 95831

Ken Hong
Megan So Ming Hui
3941 Park Drive #20-267
El Dorado Hills, CA 95762

Muk Sum Hui
3941 Park Drive #20-267
El Dorado Hills, CA 95762

Richard Jasin
901 Main Street, Ste. 5500
Dallas, TX 75202

Michael Graves
Kingdom Investments of Brandon, Inc.
405 Vine Keeper Court
Seffner. Florida 33584

Aimee Ochotorena
34442 Yale Drive
Yucaipa, CA 92399

Frank Padilla
Mary Padilla
2825 Emily Lane
Simi Valley, CA 93063

Marilou Pulmano
28688 Evans Lane
Highland, CA 92346

Darmandra D. Ramdowe
Tejmattee Ramdowe
4726 Robinson Street
Flushing, NY 11355

Krishnadat Ramdowe
Ganmattee D. Ramdowe
4730 Robinson Street
Flushing, NY 11355

Stephen Reid
Barbara Reid
25 Smith Road
Hingham, MA 02043

Donald Scrimgeour
1250 Cedar Avenue, Apt. 1
Boulder, CO 80304

Frank Scurti
9 Cold Harbor Lane
Woodburg, NY 11797

Thomas Scurti
9 Cold Harbor Lane
Woodburg, NY 11797

Peruvemba R. Sundaresan
Gloria Sundaresan
13424 Allnutt Lane
Highland, MD 20777

Frank Tamada
Cheryl Tamada
P.O. Box 3611
Laguna Hills, CA 92654

Tom Tran
1244 Simonson Court
San Jose, CA 95121

Daniel Tran
1244 Simonson Court
San Jose, CA 95121

10692824.1